UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**13-10017-CR-KING/MCALILEY**
CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JASON TIMOTHY WASSER,

        **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

On or about May 7, 2013, in Monroe County, in the Southern District of Florida, the defendant,

**JASON TIMOTHY WASSER,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

It is further alleged that the firearm and ammunition are:

    (a)    One (1) Ruger .40 caliber pistol;

    (b)    Three (3) rounds of .40 caliber ammunition.

    (c)    One (1) Desert Eagle .50 caliber pistol;

    (d)    Five (5) rounds of .50 caliber ammunition; and

    (e)    One (1) Ruger Mark III .22 caliber pistol.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JASON TIMOTHY WASSER**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922, as alleged in this Indictment, the defendant shall forfeit to the United States of America all of his right, title and interest in any firearm and/or ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property which is subject to criminal forfeiture includes, but is not limited to, the following:

    (a)    One (1) Ruger .40 caliber pistol;

    (b)    Three (3) rounds of .40 caliber ammunition;

    (c)    One (1) Desert Eagle .50 caliber pistol;

    (d)    Five (5) rounds of .50 caliber ammunition; and

    (e)    One (1) Ruger Mark III .22 caliber pistol.

All pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SARAH J. SCHALL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| JASON TIMOTHY WASSER | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | Superseding Case Information: |

**Court Division**: (Select One)

\_\_\_ Miami   _x_ Key West
\_\_\_ FTL     \_\_\_ WPB   \_\_\_ FTP

New Defendant(s)      Yes \_\_\_   No \_\_\_
Number of New Defendants \_\_\_
Total number of counts \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   _____
   List language and/or dialect  _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                 (Check only one)

   I    0 to 5 days     _X_             Petty      \_\_\_
   II   6 to 10 days    \_\_\_           Minor      \_\_\_
   III  11 to 20 days   \_\_\_           Misdem.    \_\_\_
   IV   21 to 60 days   \_\_\_           Felony     _X_
   V    61 days and over \_\_\_

6. Has this case been previously filed in this District Court? (Yes or No)  _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _YES_
   If yes:
   Magistrate Case No.  13-MJ-05029-LSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  May 17, 2013
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  \_\_\_ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  \_\_\_ Yes  _X_ No

_____
SARAH J. SCHALL
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501805

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JASON TIMOTHY WASSER__

Case No: _____

Count #: 1

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Section 922(g)

* Max.Penalty: 10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.