UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL MINUTES**

<u>UNITED STATES OF AMERICA</u>          Case No. <u>13-10017-CR-KING</u>
                                          Date    <u>September 22, 2014</u>
vs.

<u>JASON TIMOTHY WASSER</u>              JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams    COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**       **FINAL REVOCATION OF SUPERVISED RELEASE**

Status Conference ___     Calendar Call __    Other _____
Oral Argument: _____
               _____
               _____

Counsel for Plaintiff: <u>Mark Wilson for Sarah Schall, AUSA</u>
Counsel for Defendant: <u>Stewart G. Abrams, AFPD</u>
U.S. Probation Office: <u>Sigmund Buganski, U.S.P.O</u>

ORAL ARGUMENT ON MOTION TO BE SET FOR: _____

TRIAL SET FOR: _____
LOCATION:  MIAMI/KEY WEST
STATUS CONFERENCE SET FOR: _____
TRIAL CONTINUED TO: _____
SENTENCING DATE:

- Evidentiary Final Revocation of Supervised Release Hearing held
- File Defense Exhibit #1 (attachment)
- The Defendant Admits the Allegations
- The Court finds that the Defendant is in violation of Supervise Release and hereby **Revokes** the same, therefore,
- New Sentence: **THREE (3) Months** Bureau of Prisons to run concurrent with the Indian River County State case no. , with NO FURTHER SUPERVISION
- The Court recommends that the sentence be served in the State facility.

# GARY THE CARPENTER CONSTRUCTION INC.

800 Simonton Street ~ Key West, Fla. 33040

Phone 305-292-0261 ~ Fax 305-292-2225 ~ Email garythecarpenter@hotmail.com

CBC # 1250924 / RC # 29027091

June 23, 2014

Dear Judge Pegg,

Jason Wasser began working for my company, Gary the Carpenter Construction, Inc., in April of 2011. I am a general and roofing contractor, and just recently got my mobile home installation license.

Since his hire date, he has been a role model employee, and worked his way up to supervisor of his own crew. Jason is eager to work, helpful to his fellow crew, and demonstrates leadership qualities. Being a supervisor gives him the responsibilities of giving his crew daily instructions, ordering materials for his job, turning in payroll hours for himself and crew, and seeing a job from start to finish. Jason is one of the first supervisor's in my office in the morning and one of the last to clock out. He has no problem working weekends, in the rain or whenever I need him.

My company and I will suffer a great loss if we lose him. While we are in the rainy season now, work will pick up at the end of the year and into the New Year. He is a valuable asset, to my company and his crew. I ask that you consider this when determining his sentence.

If you have any further questions please feel free to contact me at 305.292.0261.

Thank you,

Gary Burchfield

