UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-10017-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON TIMOTHY WASSER,

    Defendant.
_____/

## AMENDED JUDGMENT AND COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE came before the Court sua sponte. A Final Revocation hearing for violation of supervised release was held on September 22, 2014. The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits the same.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's supervised release term imposed by the court is hereby **Revoked.** New Sentence is the defendant shall serve **THREE (3) MONTHS BUREAU OF PRISONS TO RUN CONCURRENT WITH THE INDIAN RIVE COUNTY STATE CASE NO. 312010CF001574A FOLLOWED BY NO FURTHER SUPERVISION. Further, the Court hereby recommends to the Bureau of Prisons that the above referenced sentence be served in the State Facility.**

DONE and ORDERED in chambers at the United States Courthouse, Key West, Florida, this 24th day of September, 2014.

*[signature: James Lawrence King]*
JAMES LAWRENCE KING
U. S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
Mark Wilson for Sarah Schall, AUSA
Stewart Abrams, AFPD
Sigmund Buganski, USPO
U.S. Marshal